UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Case No. 21-cv-60349-RKA

SCOTT L. LEVENTHAL,

    Plaintiff,

v.

JOSEPH KAVANA,

    Defendant.

_____/

JOSEPH KAVANA,

    Counter-Plaintiff,

v.

SCOTT L. LEVENTHAL,

    Counter-Defendant.

_____/

**DEFENDANT AND COUNTER PLAINTIFF'S MOTION
FOR LEAVE TO FILE UNDER SEAL**

    Defendant and Counter-Plaintiff Joseph Kavana, in accordance with Local Rule 5.4(b), respectfully requests leave to file under seal an unredacted copy of his Expedited Motion for Temporary Restraining Order or, in the Alternative, a Preliminary Injunction, Request for Hearing and Incorporated Memorandum of Law (the "Motion") [ECF No. 38], and corresponding unredacted exhibits [ECF No. 39]. Federal Rule of Civil Procedure 5.2(d) provides that courts may order certain filings to be sealed. Under Local Rule 5.4(b), a motion to seal must include the factual and legal basis for the sealed filing and describe the proposed sealed filing. There is good cause to seal material that contains confidential, commercial, and/or proprietary information. See *Chi.*

*Tribune Co. v. Bridgestone/ Firestone, Inc.*, 263 F.3d 1304, 1310–14 (11th Cir. 2001); *Local Access, LLC v. Peerless Network, Inc.*, 2016 WL 374948 at *1 (M.D. Fla. Feb. 1, 2016) (granting motion to seal documents containing confidential information about the parties' business plans, pricing information, and client contacts).

Good cause exists to allow Defendant and Counter-Plaintiff to file the unredacted copy of the Motion and supporting exhibits under seal. There is certain information contained in the Motion and supporting exhibits that contain sensitive business information affecting third parties.

Lastly, Defendant and Counter-Plaintiff requests that the proposed sealed filings be maintained under seal for a minimum of one year after the resolution of any appeals in this matter, at which time the proposed sealed filing should be destroyed.

**WHEREFORE**, Defendant and Counter-Plaintiff Joseph Kavana respectfully requests an Order authorizing the filing under seal of his Expedited Motion for Temporary Restraining Order or, in the Alternative, a Preliminary Injunction, Request for Hearing and Incorporated Memorandum of Law [ECF No. 38] and the exhibits thereto [ECF No. 39]. A proposed Order is attached.

## LOCAL RULE 7.1 CERTIFICATE

Pursuant to Local Rule 7.1, I hereby certify that counsel for Defendant and Counter Plaintiff reached out to counsel for Plaintiff and Counter-Defendant Scott L. Leventhal to meet and confer. Counsel for Mr. Leventhal did not respond to the request to meet and confer.

Dated: May 28, 2021

Respectfully submitted,

STEARNS WEAVER MILLER WEISSLER
ALHADEFF & SITTERSON, P.A.
150 W. Flagler Street | Suite 2200
Miami, FL 33130
Telephone: 305-789-3200
Fax: 305-789-3395

By: */s/  Albert D. Lichy*
    Maria A. Fehretdinov
    Florida Bar No. 52084
    mfehretdinov@stearnsweaver.com
    Albert D. Lichy
    Florida Bar No. 94272
    alichy@stearnsweaver.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of May, 2021, the foregoing document is being served this day on all counsel of record.

By: /s/  Albert D. Lichy
ALBERT D. LICHY