IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-60349-RKA

SCOTT L. LEVENTHAL,

    Plaintiff,

v.

JOSEPH KAVANA,

    Defendant.

_____/

## PLAINTIFF/COUNTERCLAIM DEFENDANT SCOTT L. LEVENTHAL'S NOTICE OF RECEIVERSHIP

Plaintiff/Counterclaim Defendant Scott L. Leventhal ("Leventhal") notifies this Court that on May 26, 2021, the Superior Court of Cobb County, Georgia entered an Order Appointing Receiver, a copy of which is attached as Exhibit "A." Pursuant to the Receivership Order, S. Gregory Hays has been appointed a receiver over all of Leventhal's assets. *See* Receivership Order at p. 8, ¶1. Further, the Receivership Order empowers the Receiver to act on behalf of Leventhal and prohibits all others from taking any action that may affect the Receivership assets. *See* Receivership Order, at pp. 9-10, ¶¶ 4-7.

Leventhal's Georgia counsel has appealed the Receivership Order. However, Henry Sewell, Esq, counsel for the Receivership has taken the position that the Notice of Appeal does not at this time affect the Receivership Order. Further, Mr. Sewell has instructed undersigned counsel that he intends to retain local counsel to enter an appearance in this litigation, shortly.

    Respectfully submitted,

    **FOX ROTHSCHILD LLP**
    One Biscayne Tower, Suite 2750
    2 South Biscayne Blvd.
    Miami, Florida 33131
    Telephone: (305) 442-6547
    By: */s/Joseph A. DeMaria*

- 2 -

**JOSEPH A. DEMARIA, B.C.S.**
Florida Bar No. 764711
Email: JDeMaria@FoxRothschild.com
**ADAM J. LAMB**
Florida Bar No.: 899046
Email: alamb@FoxRothschild.com

**AND**

**F. BEAU HOWARD**
Georgia Bar No.: 142641
Fox Rothschild LLP
999 Peachtree Street, NE, Suite 1500
Atlanta, GA 30309
Telephone: (404) 870-3763 - direct
Email: fbhoward@FoxRothschild.com
Admitted *pro hac vice*

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on **June 1, 2021**, I electronically filed the foregoing with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                           */s/Joseph A. DeMaria*
                                           **JOSEPH A. DEMARIA**