UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-60349-RKA

SCOTT L. LEVENTHAL,

    Plaintiff,

v.

JOSEPH KAVANA,

    Defendant.

_____

JOSEPH KAVANA,

    Counter-Plaintiff,

v.

SCOTT L. LEVENTHAL,

    Counter-Defendant.

_____/

**NOTICE OF FILING SUPPLEMENTAL DECLARATIONS
IN SUPPORT OF KAVANA'S EXPEDITED MOTION FOR TEMPORARY
RETRAINING ORDER OR, IN THE ALTERNATIVE, A PRELIMINARY INJUNCTION
AND REQUEST FOR HEARING, AND INCORPORATED MEMORANDUM OF LAW**

    The undersigned, on behalf of Defendant and Counter-Plaintiff Joseph Kavana, hereby files the Supplemental Declarations of Albert D. Lichy, Esq. (attached hereto as **Exhibit A**) and Joseph Kavana (attached hereto as **Exhibit B**), in Support of Kavana's Motion for Temporary Restraining Order or, in the Alternative, a Preliminary Injunction and Request for Hearing, and Incorporated Memorandum of Law [ECF No. 36].

Dated: June 21, 2021                           Respectfully submitted,

                                               */s/ Albert D. Lichy*
                                               ALBERT D. LICHY

                                               **STEARNS WEAVER MILLER**
                                               150 West Flagler Street | Suite 2200
                                               Miami, Florida 33130
                                               Telephone: 305-789-3559
                                               E-mail: alichy@stearnsweaver.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 21, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached service list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

Respectfully submitted,

By: */s/ Albert D. Lichy*
     ALBERT D. LICHY