# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-60349-RKA

SCOTT L. LEVENTHAL,

    Plaintiff,

v.

JOSEPH KAVANA,

    Defendant.

_____

JOSEPH KAVANA,

    Counter-Plaintiff,

v.

SCOTT L. LEVENTHAL,

    Counter-Defendant.

_____/

**SUPPLEMENTAL DECLARATION OF ALBERT D. LICHY, ESQ.
IN SUPPORT OF KAVANA'S EXPEDITED MOTION FOR TEMPORARY
RETRAINING ORDER OR, IN THE ALTERNATIVE, A PRELIMINARY INJUNCTION
AND REQUEST FOR HEARING, AND INCORPORATED MEMORANDUM OF LAW**

I, Albert D. Lichy, declare and say, pursuant to 28 U.S.C. § 1746, as follows:

    1.    I am an attorney and shareholder with the law firm Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A. I am counsel of record to Joseph Kavana in this litigation. I submit this declaration to transmit certain documents that are relevant to Defendant and Counter-Plaintiff Joseph Kavana's Motion for Temporary Retraining Order or, in the Alternative, a Preliminary Injunction, and Accompanying Memorandum of Law. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached as **Exhibit 30** is a true and correct copy of an e-mail I sent to counsel for Scott Leventhal on February 4, 2021.

3. Attached as **Exhibit 31** is a true and correct copy of a Promissory Note between TPKG 13th Street Sponsor, LLC and the Olin Garwood Lippincott Revocable Living Trust, which was produced by Atlantic American Advisors, LLC ("Atlantic American") in response to a subpoena in this litigation.

4. Attached as **Exhibit 32** is a true and correct copy of a Promissory Note between TPKG 13th Street Sponsor, LLC and the Olin Garwood Lippincott Revocable Living Trust, which was produced by Atlantic American in response to a subpoena in this litigation.

5. Attached as **Exhibit 33** is a true and correct copy of an e-mail produced by Atlantic American in response to Mr. Kavana's subpoena in this litigation. The email was sent by Scott Leventhal to Gar Lippincott on December 18, 2019.

6. Attached as **Exhibit 34** is a true and correct copy of an e-mail produced by Atlantic American in response to Mr. Kavana's subpoena in this litigation. The email was sent by Scott Leventhal to Gar Lippincott on December 16, 2019.

7. Attached as **Exhibit 35** is a true and correct copy of an e-mail produced by Cushman & Wakefield, U.S., Inc. in response to Mr. Kavana's subpoena in this litigation. It is an e-mail from Mr. Leventhal to Cushman & Wakefield on September 30, 2019.

8. Attached as **Exhibit 36** is a true and correct copy of an e-mail produced by Cushman & Wakefield, U.S., Inc. in response to Mr. Kavana's subpoena in this litigation. It is an e-mail from JP Cordeiro of Cushman & Wakefield to Mr. Leventhal on October 10, 2019, and attaches a spreadsheet created by Scott Leventhal.

9. Attached as **Exhibit 37** is a true and correct copy of an e-mail I sent to Leventhal's counsel on June 7, 2021.

10. Attached as **Exhibit 38** is a true and correct copy of an e-mail I sent to Leventhal's counsel on June 9, 2021.

11. Attached as **Exhibit 39** is a true and correct copy of an affidavit that Scott Leventhal filed on May 19, 2021 in *Choate Constr. Co. v. Scott L. Leventhal*, et al., Case No. 05-01-6700 (Ga. Sup. Ct.).

12. Attached as **Exhibit 40** is a true and correct copy of a response filed by Choate Construction Company on May 20, 2021 in *Choate Constr. Co. v. Scott L. Leventhal*, et al., Case No. 05-01-6700 (Ga. Sup. Ct.).

13. Attached as **Exhibit 41** is a true and correct copy of an e-mail sent by Joseph Kavana to Scott Leventhal on February 2, 2021.

14. Attached as **Exhibit 42** is a true and correct copy of a letter sent to counsel for Scott Leventhal on March 5, 2020.

15. Attached as **Exhibit 43** is a true and correct copy of a Status Quo Order entered in *Weiss v. BabyAge.com, Inc.*, No. CIV.A. 4576-CC, Stipulated Status Quo Order at ¶ 3 (Del. Ch. June 30, 2009).

I declare under penalty of perjury that the foregoing is true and correct.

                                           */s/ Albert D. Lichy*
                                           ALBERT D. LICHY
                                           Dated: June 21, 2021