# EXHIBIT 38

| | |
|---|---|
| **From:** | Albert Lichy |
| **To:** | "Howard, F. Beau" |
| **Cc:** | Maria Fehretdinov; "Henry Sewell" |
| **Subject:** | RE: 1138 Peachtree |
| **Date:** | Wednesday, June 9, 2021 5:44:49 PM |

Beau,

Any update on the below? It's very basic information that my client is entitled to know as a shareholder of Trillist.

Albert D. Lichy, Esq.
Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A.
Museum Tower, Suite 2200
150 West Flagler Street
Miami, FL 33130
Direct: (305) 789-3428
Main: (305) 789-3200
Email: alichy@stearnsweaver.com
www.stearnsweaver.com

**From:** Albert Lichy
**Sent:** Monday, June 7, 2021 7:03 PM
**To:** 'Howard, F. Beau' <FBHoward@foxrothschild.com>
**Cc:** Maria Fehretdinov <mfehretdinov@stearnsweaver.com>; 'Henry Sewell' <hsewell@sewellfirm.com>
**Subject:** 1138 Peachtree

Beau,

We are in possession of documents showing that Trillist extended a "Sponsor Note" to 1138 Peachtree Holdings, LLC in the amount of $1.1M and has equity in the property owner valued at $1.22M. Can you give us more information about this because this is news to us? Attached is a spreadsheet authored by Scott Leventhal on October 1, 2019 showing the above.

Thanks.

Albert D. Lichy, Esq.
Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A.
Museum Tower, Suite 2200
150 West Flagler Street
Miami, FL 33130
Direct: (305) 789-3428
Main: (305) 789-3200
Email: alichy@stearnsweaver.com
www.stearnsweaver.com