# EXHIBIT B

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-60349-RKA

SCOTT L. LEVENTHAL,

    Plaintiff,

v.

JOSEPH KAVANA,

    Defendant.

_____

JOSEPH KAVANA,

    Counter-Plaintiff,

v.

SCOTT L. LEVENTHAL,

    Counter-Defendant.

_____/

**SUPPLEMENTAL DECLARATION OF JOSEPH KAVANA
IN SUPPORT OF KAVANA'S EXPEDITED MOTION FOR TEMPORARY
RETRAINING ORDER OR, IN THE ALTERNATIVE, A PRELIMINARY INJUNCTION
AND REQUEST FOR HEARING, AND INCORPORATED MEMORANDUM OF LAW**

I, Joseph Kavana, declare and say, pursuant to 28 U.S.C. § 1746, as follows:

    1.    I am over the age of eighteen and competent to testify to the facts stated herein. If called upon to testify, I could and would testify competently to the matters set forth herein.

    2.    At no point from 2015 until the present did Scott Leventhal secure my written consent or approval to use Trillist monies to pay himself a salary. In fact, I only learned that Leventhal had been receiving a salary from Trillist when my counsel shared the PPP documents

2

that Trillist Management, LLC submitted to the United States government, which reflected that Leventhal had received monies from Trillist in 2019.

I declare under penalty of perjury that the foregoing is true and correct.

*/s/ Joseph Kavana*
JOSEPH KAVANA
Dated: June 21, 2021

2