**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

Case No.: 21-CIV-60349-RKA

**SCOTT L. LEVENTHAL,**

    **Plaintiff,**

v.

**JOSEPH KAVANA.,**

    **Defendant.**

_____/

**JOSEPH KAVANA,**

    **Counter-Plaintiff,**

v.

**SCOTT L. LEVENTHAL,**

    **Counter-Defendant.**

_____/

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Jonathan E. Perlman, Esq. of the Law Firm of Genovese Joblove & Battista, P.A., hereby enters his appearance as local counsel to receiver, S. Gregory Hays, for the estate of Scott L. Leventhal, (the "Receiver"). All parties shall take note that all future pleadings, notices, correspondence and any and all other pertinent data pertaining to the above-styled cause shall be forwarded to the undersigned counsel for the Receiver at the addresses listed below.

Dated:  June 25, 2021.

Respectfully Submitted,

GENOVESE JOBLOVE & BATTISTA, P.A.
*Attorneys for Receiver of the Estate of Scott Leventhal*
100 Southeast Second Street, 44th floor
Miami, Florida  33131
Telephone:  (305) 349-2300
Facsimile:   (305) 349-2310

By: /s/ Jonathan E. Perlman
    Jonathan E. Perlman, Esq.
    Florida Bar No. 773328
    jperlman@gjb-law.com

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that on June 25, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

By: /s/ Jonathan E. Perlman
    Jonathan E. Perlman, Esq.